COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-08-344-CV

CHARLIE S. MARTINEZ, JR.                                                APPELLANTS

AND MAGDALENA S. MARTINEZ, 

AS TRUSTEE OF THE CHARLIE S. 

MARTINEZ, JR., TRUST

 

                                                   V.

 

CITY OF FORT WORTH,
COUNTY                                           APPELLEES

OF TARRANT, TARRANT COUNTY 

REGIONAL WATER DISTRICT, 

TARRANT COUNTY HOSPITAL 

DISTRICT, TARRANT COUNTY 

COLLEGE DISTRICT, AND FORT 

WORTH INDEPENDENT SCHOOL 

DISTRICT

                                               ----------

           FROM THE 236TH DISTRICT COURT OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND
JUDGMENT

                                               ----------








On
February 19, 2009, after considering AAppellants'
Motion To Dismiss@ and AAppellants'
Motion For Continuance, Or In The Alternative Amended Motion To Dismiss,@ we
ordered this appeal continued and suspended all appellate deadlines unless by
or before May 20, 2009, the court received written notice from any party
regarding whether a settlement had been reached.  We stated that if no notice was received by
May 20, 2009, we would automatically dismiss the appeal without further order
from this court.  We have not received
any notice regarding whether a settlement was reached.

Because
we have not received  notice regarding
whether a settlement was reached, we dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(c), 43.2(f).

Appellants
shall pay all costs of this appeal, for which let execution issue.

 

PER
CURIAM

 

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED: 
June 4, 2009











[1]See Tex. R. App. P. 47.4.